UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HOWARD A. CHEATHAM,
    Petitioner,

v.                                       Case No. 3:13cv411/MCR/EMT

MICHAEL D. CREWS,
    Respondent.
_____/

## ORDER

    This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated April 15, 2014 (doc. 13).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No timely objections have been filed.

    Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Respondent's motion to dismiss (doc. 9) is **GRANTED**.

    3.    The petition for writ of habeas corpus (doc. 1) is **DISMISSED** with prejudice as untimely.

    4.    A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 23rd day of May, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**